| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Pier 115, LLC** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1975056** | |
| **4.** | **Debtor's address** | **Principal place of business** **115 River Road** **Edgewater, NJ 07020** Number, Street, City, State & ZIP Code **Bergen** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://www.pier115barandgrill.com/** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Pier 115, LLC** _____  Case number (*if known*)_____
　　　　Name

**7. Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　__5812__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**　*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Pier 115, LLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Pier 115, LLC**
Name
Case number (*if known*)

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor  **Pier 115, LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 12, 2025**
                              MM / DD / YYYY

X **/s/ Jeremy Casilli**                                                    **Jeremy Casilli**
Signature of authorized representative of debtor                   Printed name

Title   **Member**

**18. Signature of attorney**

X **/s/ Mark J. Politan**                                                   Date **March 12, 2025**
Signature of attorney for debtor                                            MM / DD / YYYY

**Mark J. Politan**
Printed name

**Politan Law, LLC**
Firm name

**88 East Main Street, #502**
**Mendham, NJ 07945**
Number, Street, City, State & ZIP Code

Contact phone   **973.768.6072**        Email address   **mpolitan@politanlaw.com**

**036791998 NJ**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Pier 115, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 115 River Road LLC<br>115 River Road, Suite 101<br>Edgewater, NJ 07020 | | Lease Obligations | Contingent Unliquidated Disputed Subject to Setoff | | | $1,500,000.00 |
| Ace Endico<br>80 International Blvd.<br>Brewster, NY 10509 | | Trade debt | | | | $66,895.67 |
| AEG Consulting Services<br>PO Box 705<br>Clark, NJ 07066 | | Trade debt | | | | $1,084.48 |
| Arabica Coffee Roasters<br>496B River Drive<br>Elizabethport, NJ 07206 | | Trade debt | | | | $1,577.50 |
| Auto Chlor<br>685 Gotham Pkwy<br>Carlstadt, NJ 07072 | | Trade debt | | | | $2,756.10 |
| Bert Posess Inc.<br>P.O. Box 1259<br>Fair Lawn, NJ 07410-8259 | | Trade debt | | | | $7,250.88 |
| Blue Power Cleaning Serv<br>PO Box 46<br>4608 Tonnelle Drive<br>North Bergen, NJ 07047 | | Trade debt | | | | $1,679.90 |
| FarmLind Produce<br>804 Clauss Lane<br>Westwood, NJ 07675 | | Trade debt | | | | $8,102.94 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Pier 115, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hackensack Supply Co.** P.O. Box 9149 Paramus, NJ 07653 | | **Trade debt** | | | | $2,769.49 |
| **Hannah's Firewood** P.O. Box 390 Westwood, NJ 07675 | | **Trade debt** | | | | $1,200.00 |
| **Imperial Dade** 255 US-1&9 Jersey City, NJ 07306 | | **Trade debt** | | | | $1,073.81 |
| **Khayyan LLC** 1500 Avenue at Port Imperial Suite 701 Weehawken, NJ 07086 | | **Trade debt** | | | | $9,411.69 |
| **Local 130 Seafood** PO Box 4109 567 Broadway Long Branch, NJ 07740 | | **Trade debt** | | | | $2,223.70 |
| **Michele Donargo** 8200 Blvd East 8C North Bergen, NJ 07047 | | **Trade debt** | | | | $3,000.00 |
| **Ocean Seafood Depot** 331 Adams Street Newark, NJ 07105 | | **Trade debt** | | | | $2,317.50 |
| **Stenson Tamaddon** 200 East Van Buren Phoenix, AZ 85004 | | **Professional Services** | **Disputed** | | | $46,219.00 |
| **Swede Farms** 480 Alfred Avenue Teaneck, NJ 07666 | | **Trade debt** | | | | $2,945.29 |
| **Tsamutalis & Company** 110 Pleasant Avenue Saddle River, NJ 07458 | | **Professional Services** | | | | $7,525.00 |
| **Verizon** P O Box 4833 Trenton, NJ 08650-4833 | | **Trade debt** | | | | $1,117.24 |
| **Vestis** P O Box 28050 New York, NY 10087 | | **Trade debt** | | | | $2,051.62 |

```
115 River Road LLC
115 River Road, Suite 101
Edgewater, NJ 07020


115 River Road LLC
c/o Ehrlich Petriello Gudin Plaza & Reed
Attn: Kevin Desai, Esq.
60 Park Place, Suite 1016
Newark, NJ 07102


Ace Endico
80 International Blvd.
Brewster, NY 10509


AcQua Catering, LLC
115 River Road
Edgewater, NJ 07020


AEG Consulting Services
PO Box 705
Clark, NJ 07066


Arabica Coffee Roasters
496B River Drive
Elizabethport, NJ 07206


Auto Chlor
685 Gotham Pkwy
Carlstadt, NJ 07072


Avco Industries
P O Box 416
Huntington Station, NY 11746


Balthazar Bakery
214 South Dean Street
Englewood, NJ 07631


Bart G. Mongelli, Esq.
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
```

```
Bert Posess Inc.
P.O. Box 1259
Fair Lawn, NJ 07410-8259


Blue Power Cleaning Serv
PO Box 46
4608 Tonnelle Drive
North Bergen, NJ 07047


Brian Johnson Plumbing & Heating
221 Rambler Ave, New Milford, NJ 07646
New Milford, NJ 07646


Chef's Warehouse
240 Food Center Drive
Bronx, NY 10474


David Epstein, Esq.
Post Pollack, P.A.
425 Eagle Rock Avenue
West Orange, NJ 07052


David Zuidema, Inc.
90 Midland Avenue
Midland Park, NJ 07432


Doro Foods
2 Main Street, Unit B
Ridgefield Park, NJ 07660


Edward Don & Co.
2562 Paysphere Circle
Chicago, IL 60674


Eric Foster
c/o Juan Fernandez, Esq.
Fernandez Garcia, LLC
10 Pine Street
Morristown, NJ 07960


FarmLind Produce
804 Clauss Lane
Westwood, NJ 07675
```

Get M Pest Control
300 Monmouth Avenue
New Milford, NJ 07646


Global POS Paper Supply
12 Wisteria Road
Lafayette, NJ 07848


Hackensack Supply Co.
P.O. Box 9149
Paramus, NJ 07653


Hannah's Firewood
P.O. Box 390
Westwood, NJ 07675


Helium Plus
726 Route 202
Suite 320
Bridgewater, NJ 08807


Imperial Dade
255 US-1&9
Jersey City, NJ 07306


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jay R. McDaniel, Esq.
Weiner Law Group
626 Parsippany Road
Parsippany, NJ 07054


Jeremy Casilli
P.O. Box 400
Alpine, NJ 07620


Khayyan LLC
1500 Avenue at Port Imperial
Suite 701
Weehawken, NJ 07086

Leaven & Co.
220 Coster Street
Bronx, NY 10474


Lioni Latticini, Inc.
555 Lehigh Avenue
Union, NJ 07083


Local 130 Seafood
PO Box 4109
567 Broadway
Long Branch, NJ 07740


Lorraine M. Medeiros, Esq.
Law Offices of Lorraine M. Medeiros, Esq
56 Ferry Street, Suite 1
Newark, NJ 07105


M. Povinelli & Sons, Inc
318 9th Street
Fairview, NJ 07022


Michele Donargo
8200 Blvd East 8C
North Bergen, NJ 07047


Mitchell Pollack, Esq
Mitchell Pollack & Associates, PLLC
220 Franklin Turnpike
Mahwah, NJ 07430


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245


NY Mutual Trading
77 Metro Way
Secaucus, NJ 07094

```
Ocean Seafood Depot
331 Adams Street
Newark, NJ 07105


Piece of Cake
62 W Inman Avenue
Rahway, NJ 07065


PSE&G
P O Box 14444
New Brunswick, NJ 08906


Scot Heagney
c/o Chioma Nelson, Esq.
Law Offices of Chioma Nelson PC
2500 Plaza 5
Jersey City, NJ 07311


Special Fiscal Agent
William Strasser, Esq
Strasser & Associates, P.C.
Paramus, NJ 07652


State of New Jersey
Dept. of Labor and Workforce Development
1 John Finch Plaza
Trenton, NJ 08625


State of New Jersey Dept. Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08646-0417


State of New Jersey-Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695


Stenson Tamaddon
200 East Van Buren
Phoenix, AZ 85004
```

Strasser & Associates, P.C.
Attn: William Strasser, Esq.
7 East Ridgewood Avenue
Paramus, NJ 07652


Swede Farms
480 Alfred Avenue
Teaneck, NJ 07666


Tsamutalis & Company
110 Pleasant Avenue
Saddle River, NJ 07458


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


Valet King
455 Route 17 South
Ramsey, NJ 07446


Verizon
P O Box 4833
Trenton, NJ 08650-4833


Vestis
P O Box 28050
New York, NY 10087


Wharfside LLC
c/o Faugno Weis Katcher Duarte LLC
235 Main St #101
Hackensack, NJ 07601


Yama Seafood
43 Edward Hart Dr.
Jersey City, NJ 07305

# United States Bankruptcy Court
## District of New Jersey

In re  **Pier 115, LLC**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Pier 115, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jersey Shore 115 LLC**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 12, 2025** | **/s/ Mark J. Politan** |
| Date | **Mark J. Politan** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Pier 115, LLC** |
| | **Politan Law, LLC** |
| | **88 East Main Street, #502** |
| | **Mendham, NJ 07945** |
| | **973.768.6072** |
| | **mpolitan@politanlaw.com** |